UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 16-00008-JLS |
|---|---|
| Plaintiff, | PERSONAL MONEY JUDGMENT OF FORFEITURE |
| v. | |
| MICHAEL E. BARRI, | |
| Defendant. | |

Pursuant to the Stipulation and request of the parties filed in this matter on April 16, 2018, the Court hereby finds and orders as follows:

1. On January 20, 2016, defendant entered into a plea agreement in the case captioned <u>United States v. Michael E. Barri</u>, No. SA CR 16-008-JLS, pursuant to which he agreed to plead guilty to conspiracy to commit mail fraud and honest services mail fraud, and engaging in monetary transactions in property derived from specified unlawful activity, in violation of 18 U.S.C. § 371.  (CR 5.)

2. Pursuant to his plea agreement, defendant acknowledged his understanding that he would be required to pay full restitution to the victims of the offense to which defendant pleaded guilty.  (CR 5 at ¶ 13.)  Defendant further agreed that the Court may order restitution to any victim of any relevant conduct, as defined in U.S.S.G. § 1B1.3 in connection with the offense to which defendant pleaded guilty.  (<u>Id.</u>)  The government estimated that the amount of restitution is approximately $206,505.

3. The entry of a judgment of forfeiture is specifically authorized by Rule 32.2 of the Federal Rules of Criminal Procedure and is part of the defendant's sentence.  Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

4. Pursuant to the stipulation, defendant expressly waived the requirements of Federal Rules of Criminal Procedure 32.2. and 43(a) regarding notice of forfeiture in the charging instrument, pronouncement of forfeiture at sentencing, and incorporation of forfeiture in the personal money judgment of forfeiture.  Defendant

further agreed to immediate entry of the Judgment, and that the personal money judgment of forfeiture shall become final as to him upon entry.

5.   A personal money judgment of forfeiture in the amount of $206,505.00 (two hundred six thousand, five hundred and five dollars) is HEREBY ENTERED in favor of the United States of America against defendant Michael E. Barri.

6.   This personal money judgment of forfeiture is part of the sentence imposed on defendant in this case.

7.   This Court shall retain jurisdiction for the purpose of enforcing this personal money judgment of forfeiture.  The government shall notify the Court upon defendant's satisfaction of his obligations under this judgment.

IT IS SO ORDERED.

April 18, 2018
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE